# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>Kelley Nault</u>

    v.                                   Civil No. 07-cv-387-PB

<u>Concord Housing Authority</u>


## **<u>ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS</u>**

Plaintiff's request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee.

**SO ORDERED.**

                                                _____
                                                James R. Muirhead
                                                United States Magistrate Judge

Date:   December 4, 2007

cc:     Stephanie Anne Bray, Esq.
        Michael G. Perez, Esq.