UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Kelley Nault</u>

    v.                        Civil No. 07-cv-00387-JL

<u>Concord Housing Authority</u>

**O R D E R**

    The motion for preliminary and permanent injunction (doc. #3) and the emergency motion to consolidate hearing on injunction with hearing on merits (doc. #4) are DENIED without prejudice to being reinstated upon the filing of a Notice of Reinstatement. (A new motion need not be filed; filing of the Notice of Reinstatement will suffice.) This order was necessitated by the court's order continuing and expanding deadlines at the parties' request which, in effect, has stayed the proceedings.

    **SO ORDERED.**

                                              _____
                                              Joseph N. Laplante
                                              United States District Judge

Dated:  August 6, 2008

cc:  Stephanie Anne Bray, Esq.
     Michael G. Perez, Esq.
     Brian C. Shaughnessy, Esq.